IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-226-H

UNITED STATES OF AMERICA )
)
)
)
v. ) **ORDER**
)
JAMES THOMAS DAVIS, )
)
    Defendant )

This matter is before the court on petitioner's pro se motions pursuant to the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018).

Defendant seeks to have this court grant him an immediate release pursuant to a home detention pilot program. Since the filing of defendant's motion, he has been transferred to a halfway house and his release date shows as September 30, 2019. In light of defendant's halfway house placement and upcoming release, the court finds these motions [DE #119 and #121] are without good cause and are DENIED.

This 3rd day of Sept 2019.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26